Clerk's Office
Filed Date: 6/8/2023

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ROBERT DINGLE, JR.,

        Plaintiff,                                    JUDGMENT
                                                             20-CV-183(EK)(LB)

        -against-

UNITED STATES DEPARTMENT OF EDUCATION,

        Defendant.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable Eric Komitee, United States District Judge, having been filed on June 7, 2023, adopting the Report and Recommendation of Magistrate Lois Bloom, dated March 15, 2023, granting DOE's motion to dismiss; dismissing Dingle's amended complaint without prejudice for lack of subject matter jurisdiction; it is

        ORDERED and ADJUDGED that DOE's motion to dismiss is granted; and that Dingle's amended complaint is dismissed without prejudice for lack of subject matter jurisdiction.

Dated: Brooklyn, NY                                                         Brenna B. Mahoney
          June 8, 2023                                                     Clerk of Court


                                                                          By: */s/Jalitza Poveda*
                                                                                   Deputy Clerk